783 A.2d 721

IN THE MATTER OF ISADORE H. MAY,
AN ATTORNEY AT LAW.

November 15, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–325, concluding that **ISADORE H. MAY** of **VENTNOR,** who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a period of one year for violating *RPC* 1.7 (conflict of interest), *RPC* 8.4(a) (assisting another to violate the Rules of Professional Conduct), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d) (conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **ISADORE H. MAY** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective December 14, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.